**432 WARD vs. CIRCUIT JUDGE** (Macomb), No. 15338½.

To vacate an order allowing temporary alimony and expenses in a divorce proceeding.

Order to show cause denied January 14, 1896, as within the discretion of the Circuit Court.

**433 LEONARD vs. CIRCUIT JUDGE** (Kent), No. 13643½.

To compel respondent to grant to relator temporary alimony and expenses in a proceeding instituted by the guardian of the husband to annul his marriage with relator.

Order to show cause denied July 26, 1893.

**434 ROBINSON** (Guardian, etc.) **vs. RECORDERS' COURT JUDGE** (Detroit), 2 cases, Nos. 13257 and 13258; 94 M., 471-473; 20 L. R. A., 57.

To compel the entry of an order for the payment of witness fees to persons committed to jail on failure to recognize.

Granted January 19, 1893, without costs.

**435 LOCKE** (Admr.) **vs. CIRCUIT JUDGE** (Wayne), 62 M., 408.

To compel respondent to consider the claim of a coroner for fees and expenses incident to an inquest upon a view of the dead body of a stranger under How. Stat., Secs. 9593-9597.

Granted July 15, 1886.

**436 MATTSON vs. CIRCUIT JUDGE** (Ontonagon), No. 15414½.

To compel the allowance of witness fees (for plaintiff's attendance) on a continuance, at defendant's request, of a cause commenced for plaintiff's personal labor.

Order to show cause denied February 18, 1896.